M. P. No. 77-116. HENRI BERTHIAUME *et al. v.* SCHOOL COMMITTEE OF THE CITY OF WOONSOCKET. Petition for certiorari is granted and the writ shall issue forthwith. *Abedon, Stanzler, Biener, Skolnik and Lipsey, Lynette Labinger, Richard A. Sklonik,* for petitioners. *Richard R. Ackerman,* for respondent.

M. P. No. 77-135. STATE *v.* CHARLES K. DiPANNI. The state is directed to file its answer to the petition for habeas corpus and therein to show cause, if any it has, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Rule 14, to which reference is made herein. *Julius C. Michaelson,* Attorney General, for plaintiff-respondent. *Charles K. DiPanni,* pro se, defendant-petitioner.

APPEAL No. 75-214. REGO DISPLAYS, INC. *v.* LOUIS FOURNIER. This case is assigned to the calendar for May 4, 1977, 9:30 a.m., for oral argument. The defendant will be expected to *show cause* in what manner the trial justice erred or overlooked or misconceived material evidence in finding that this case is controlled by *Colonial Laudries, Inc.* v. *Henry,* 48 R.I. 332, 138 A. 47 (1927). *Gerald C. DeMaria,* for plaintiff. *Matthew J. Zito, Jules Delade,* for defendant.